# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAR 31 PM 3:37
CLERK_____
SO. DIST. OF GA.

James T. Taylor, Jr. and Teresa Hutcheson,

_____
Plaintiff

v.

The Prudential Insurance Company of America; et al.

_____
Defendant

Case No. 5:16-CV-0009 LGW - BKE

Appearing on behalf of Defendants,
The Prudential Insurance Co. of America; Associate Term Life Coverage For All Retired And Disabled Associates, The Plan; and Sears Holding Corporation, Plan Administrator,

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 31st day of March, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Ada W. Dolph |
| Business Address: | Seyfarth Shaw LLP |
| | Firm/Business Name |
| | 131 S. Dearborn Street |
| | Street Address |
| | Suite 2400  Chicago  IL  60603 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2  City  State  Zip |
| | 312-460-5977 |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | adolph@seyfarth.com |