IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES T. TAYLOR, and TERESA HUTCHESON | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 516-009 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

In light of the pending Motion to Compel Discovery (doc. no. 53), the Court **STAYS** the deadline for filing civil motions and the pretrial order until further notice.

SO ORDERED this 31st day of August, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA